B & B HOMES CORPORATION OF WOODBURY, PLAINTIFF-RESPONDENT, v. WILLIAM H. TOMS, DEFENDANT-PETITIONER.

*Mr. Thomas F. Salter* for the petitioner.

*Mr. W. Louis Bossle* for the respondent.

January 4, 1960.   Denied.

MARY P. GINNELLY, PLAINTIFF-RESPONDENT, v. THE CONTINENTAL PAPER COMPANY *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below:   57 *N. J. Super.* 480.

*Messrs. Beggans & Keale* for the petitioners.

*Messrs. Townsend & Doyle* and *Mr. Joseph V. Cullum* for the respondent.

January 4, 1960.   Denied.